**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

COMITE DE JORNALEROS DE
REDONDO BEACH; NATIONAL DAY
LABORER ORGANIZING NETWORK,
        *Plaintiffs-Appellees,*

    v.

CITY OF REDONDO BEACH,
        *Defendant-Appellant.*

No. 06-55750

D.C. No.
CV-04-09396-CBM

COMITE DE JORNALEROS DE
REDONDO BEACH; NATIONAL DAY
LABORER ORGANIZING NETWORK,
        *Plaintiffs-Appellees,*

    v.

CITY OF REDONDO BEACH,
        *Defendant-Appellant.*

No. 06-56869

D.C. No.
CV-04-09396-CBM

ORDER

Filed October 15, 2010

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.